JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

DANG HUY HUU,

Petitioner,

v.

J. JOHNSON et al.,

Respondents.

Case No. 5:26-cv-02370-MWF-DFM

JUDGMENT

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is GRANTED in part. Respondents are ORDERED to release Petitioner Dang Huy Huu (A-Number: "027-831-007") from custody subject to appropriate conditions of supervision to be determined by immigration authorities. Respondents are further ordered to file a Notice of Release within three (3) court days confirming Petitioner's release.

Dated: August 4, 2026

MICHAEL W. FITZGERALD
United States District Judge